IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| ACA INTERNATIONAL<br><br>and<br><br>SPECIALIZED COLLECTION SYSTEMS, INC.,<br><br>     Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>     Defendants. | Case No. 4:25-cv-00094 |

**MOTION TO EXCEED PAGE LIMIT ON PLAINTIFFS' ACA INTERNATIONAL AND SPECIALIZED COLLECTION SYSTEMS, INC.'S MOTION ON APPLICATION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

   Plaintiffs ACA International ("ACA") and Specialized Collection Systems, Inc. ("SCS") (collectively, "Plaintiffs") respectfully request this Court grant them permission to exceed the page limitation by ten (10) pages for their Motion on Application for Preliminary Injunction and Temporary Restraining Order ("Motion") for a combined total of thirty-five (35) pages. In support Plaintiffs state as follows:

1. Defendant Consumer Financial Protection Bureau ("CFPB or Bureau") filed its Notice of Final Rulemaking on January 7, 2025, which was published in the Federal Register on January 14, 2025. *See* 90 Fed. Reg. 3276. The Notice advised of the implementation of a final rule on the Prohibition on Creditors and Consumer Reporting Agencies Concerning Medical Information (Regulation V) (the "Rule").

2. Plaintiffs filed their Complaint on January 8, 2025.

3. Plaintiffs intend to file a preliminary injunction and temporary restraining order, enjoining the CFPB from enforcing the Rule and setting it aside in its entirety prior to its effective date on March 17, 2025.

4. The Rule spans 99 pages of the Federal Register, and Plaintiffs claim that it is in violation of the Administrative Procedure Act ("APA") as excess of statutory jurisdiction, authority or limitations, or short of statutory right under 5 U.S.C. § 706(2)(C), in violation of the Major Questions Doctrine, arbitrary and capricious in violation of the APA under 5 U.S.C. § 706(2)(A), and a restriction of content-based speech, in violation of the APA under 5 U.S.C. 706(2)(B) and the first amendment of the U.S. Constitution. (*See generally*, Compl.)

5. This Court's procedures have a general 25-page limit applicable to motions under Civil L.R. 7. Plaintiffs seek an extension of the page limits for its Motion to thoroughly address these substantial violations of Plaintiffs' rights by the CFPB.

6. The Motion is made is good faith and is based on genuine need for the additional pages. No party will be prejudiced by the requested relief.

7. Plaintiffs sought to meet and confer about the instant motion and did not receive a reply from the CFPB or Director Rohit, moreover, no defendant has yet had counsel appear in

this matter.

For the foregoing reasons, the Plaintiffs respectfully request the Court issue an order granting them permission to exceed the page limitation for their Motion on Application for Preliminary Injunction and Temporary Restraining Order by ten (10) pages for a total of thirty-five (35) pages.

Dated: January 21, 2025

    Respectfully submitted,

    ACA INTERNATIONAL and SPECIALIZED COLLECTION SYSTEMS, INC.

    By its attorneys,

    BROWNSTEIN HYATT FARBER SCHRECK, LLP

    /s/ Sarah J. Auchterlonie
    Sarah J. Auchterlonie
    (attorney in charge)
    CO Bar No. 50932, SD Tex. #3872480
    675 Fifteenth Street, Suite 2900
    Denver, CO 80202
    Telephone: 303-223-1100
    Facsimile: 303-223-1111
    Email: sja@bhfs.com

    and

    Leah Dempsey
    DC Bar. No. 1033593, (pro hac vice pending)
    1155 F Street, NW
    Washington, DC, 20004
    Telephone: 202-296-7353
    Facsimile: 202-296-7009
    Email: ldempsey@bhfs.com

and

FROST ECHOLS LLC

Cooper M. Walker
TX Bar No. 24098567, SD Tex. #3136096
18383 Preston Road, Suite 350
Dallas, TX 75252
Phone: (817) 290-4356
Email: Cooper.Walker@frostechols.com

and

MARTIN GOLDEN LYONS WATTS MORGAN PLLC
Eugene Xerxes Martin, IV
TX Bar No. 24078928, SD Tex. #134982737
8750 Northpark Central, Suite 1850
8750 Northpark Central Expressway
Dallas, Texas 75231
Email: xmarin@mgl.law

**Certificate of Service**

  I certify that on January 21, 2025 I electronically filed the foregoing document(s) using the CM/ECF system and they are available for viewing and downloading from the Court's CM/ECF system, and I sent copies of the foregoing instrument by electronic mail, and caused them to be sent by U.S. Postal Service to the following:

Consumer Financial Protection Bureau
c/o General Counsel
1700 G Street NW
Washington, DC 20552

Rohit Chopra
c/o General Counsel, Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Alamdar Hamdani
U.S. Attorney for the Southern District of Texas
c/o Civil Process Clerk
1100 Louisiana, Ste 2300
Houston, Texas 77002

              /s/ *Kathleen M. Stehling*
              Kathleen M. Stehling, Paralegal
              Brownstein Hyatt Farber Schreck, LLP
              675 Fifteenth Street, Suite 2900
              Denver, CO 80202
              Phone: 303-223-1100