United States District Court
Southern District of Texas
**ENTERED**
January 24, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| ACA International<br>and Specialized Collection Systems, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Consumer Financial Protection Burreau<br>and Rohit Chopra,<br><br>Defendants. | § § § § § § § § § § § § | Civil Action No. H-25-0094 |

## ORDER

It is **ORDERED** that Plaintiffs ACA International and Specialized Collection Systems, Inc.'s Motion to Exceed Page Limit on Plaintiffs' Motion on Application for Preliminary Injunction and Temporary Restraining Order (docket no. 10) is **GRANTED.**

**SIGNED** at Houston, Texas, on this 24th day of January, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE