# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CORNERSTONE CREDIT UNION LEAGUE, ET AL. § § § | |
| v. § | CIVIL NO. 4:25-CV-16-SDJ |
| § CONSUMER FINANCIAL § PROTECTION BUREAU, ET AL. § | |

# ORDER

Before the Court is Defendants' Notice of Relevant Developments and Unopposed Motion to Stay Proceedings. (Dkt. #23).[1] In the motion, Defendants request three types of relief, all of which are agreed-to by Plaintiffs Cornerstone Credit Union League and Consumer Data Industry Association. First, Defendants request that the Court enter an agreed-upon "90-day stay of the Rule's[2] March 17, 2025, effective date (*i.e.*, a stay of the effective date until June 15, 2025)." (Dkt. #23 at 1–2). Second, Defendants request a 90-day stay of this litigation. (Dkt. #23 at 2). Third, Defendants request the Court to "vacate the February 10 hearing on Plaintiffs' motion for Preliminary Injunction." (Dkt. #23 at 2). After full consideration, Defendants' motion is **GRANTED**.

---

[1] Defendants are the Consumer Financial Protection Bureau (CFPB) and Scott Bessent, in his official capacity as Acting Director of the Bureau. This suit was filed against the CFPB and Rohit Chopra in his official capacity as Director of the CFPB. Chopra has been replaced by Acting Director of the Bureau Scott Bessent, who is automatically substituted as a party under Federal Rule of Civil Procedure 25(d).

[2] Prohibition on Creditors and Consumer Reporting Agencies Concerning Medical Information (Regulation V), 90 Fed. Reg. 3276 (Jan. 14, 2025).

1

It is therefore **ORDERED** that Defendants' request for the entry of an agreed-upon, 90-day preliminary injunction is **GRANTED**, and the effective date of the Prohibition on Creditors and Consumer Reporting Agencies Concerning Medical Information (Regulation V), 90 Fed. Reg. 3276 (Jan. 14, 2025), is **STAYED** under 5 U.S.C. § 705 until **June 15, 2025**.

It is further **ORDERED** that all deadlines scheduled in this matter are **STAYED** until **May 7, 2025**.

It is further **ORDERED** that the hearing on Plaintiffs' Motion for a Preliminary Injunction is rescheduled to **May 12, 2025**, at **1:00 p.m.** at the United States Courthouse located at 7940 Preston Road, Courtroom 105, Plano, Texas.

**So ORDERED and SIGNED this 6th day of February, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

2