UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ACA INTERNATIONAL and SPECIALIZED COLLECTION SYSTEMS, INC.,<br><br>　　*Plaintiffs*,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity as Acting Director of the CFPB,<br><br>　　*Defendants*. | No. 4:25-cv-00094 |

**STATUS REPORT**

　　Defendants Consumer Financial Protection Bureau and Russell Vought, in his official capacity as Acting Director of the Bureau, respectfully submit this status report pursuant to the Court's February 13 Order, ECF No. 28. The Bureau is still evaluating its position with respect to the rule at issue in this action, "Prohibition on Creditors and Consumer Reporting Agencies Concerning Medical Information (Regulation V)," 90 Fed. Reg. 3276 (Jan. 14, 2025). Defendants will provide another status report to the Court on or before May 14.

Date: April 14, 2025

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Steven Y. Bressler
　　　　　　　　　　　　　　　　　　　　　*Deputy General Counsel*
　　　　　　　　　　　　　　　　　　　　Christopher Deal
　　　　　　　　　　　　　　　　　　　　　*Assistant General Counsel*

　　　　　　　　　　　　　　　　　　　　*/s/ Amanda J. Krause*
　　　　　　　　　　　　　　　　　　　　Amanda J. Krause (N.Y. Reg. No. 5323357)

1

2

      (Attorney in charge; *pro hac vice*)
   Andrea J. Matthews (M.A. Bar No. 694538)
      (*pro hac vice*)
  *Senior Counsel*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
(202) 435-7965 (phone) (Krause)
(202) 407-2324 (phone) (Matthews)
(202) 435-7024 (fax)
Amanda.Krause@cfpb.gov
Andrea.Matthews@cfpb.gov

*Counsel for Defendants the Consumer*
*Financial Protection Bureau and Russell Vought*

2

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of this Status Report was filed electronically through the Court's ECF system.

DATE: April 14, 2025                                               /s/ *Amanda J. Krause*