United States District Court
Southern District of Texas
**ENTERED**
July 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ACA INTERNATIONAL and SPECIALIZED COLLECTION SYSTEMS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CONSUMER FINANCIAL PROTECTION BUREAU and RUSSELL VOUGHT, in his official capacity as Acting Director of the CFPB, <br><br> Defendants | No. 4:25-cv-00094 |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO CONTINUE STAY OF PROCEEDINGS

Before the Court is Defendants' Motion to Continue Stay of Proceedings. Upon consideration of the papers submitted, it is hereby **ORDERED** that Defendants' Motion to Stay this matter is **GRANTED**. This action is **STAYED**.

Within 90 days of this Order or by October 21, 2025, the Parties are **ORDERED** to file a Joint Status Report informing the Court whether they intend to continue to litigate this matter.

Dated: July 25, 2025

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE