IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS, HOUSTON DIVISION

| | |
|---|---|
| ACA INTERNATIONAL<br><br>and<br><br>SPECIALIZED COLLECTION SYSTEMS, INC.<br><br>                    Plaintiffs,<br><br>v.<br><br>CONSUMER FINANCIAL PROTECTION BUREAU; and ROHIT CHOPRA, in his official capacity as Director of the Consumer Financial Protection Bureau,<br><br>                    Defendants. | Case No. 4:25-cv-00094 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiffs ACA International ("ACA") and Specialized Collection Systems, Inc. ("SCS") (collectively, "Plaintiffs"), by and through undersigned counsel, hereby dismiss the above-captioned matter without prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted this 1st day of August, 2025.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Sarah J. Auchterlonie*
Sarah J. Auchterlonie
(attorney in charge)
CO Bar No. 50932, SD Tex. #3872480
675 Fifteenth Street, Suite 2900
Denver, CO 80202
Telephone: 303-223-1100
Facsimile: 303-223-1111
Email: sja@bhfs.com

and

Leah Dempsey
DC Bar. No. 1033593, (pro hac vice pending)
1155 F Street, NW
Washington, DC, 20004
Telephone: 202-296-7353
Facsimile: 202-296-7009
Email: ldempsey@bhfs.com

and

FROST ECHOLS, LLC

Cooper M. Walker
TX Bar No. 24098567, SD Tex. #3136096
18383 Preston Road, Suite 350
Dallas, TX 75252
Phone: (817) 290-4356
Email: Cooper.Walker@frostechols.com

and

2

MARTIN GOLDEN LYONS WATTS MORGAN PLLC

Eugene Xerxes Martin, IV
TX Bar No. 24078928, SD Tex. #134982737
8750 Northpark Central, Suite 1850
8750 Northpark Central Expressway
Dallas, Texas 75231
Email: xmarin@mgl.law

*Counsel for Plaintiffs ACA International and Specialized Collection Systems, Inc.*

**Certificate of Service**

      I certify that on August 1, 2025 I electronically filed the foregoing document(s) using the CM/ECF system and they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system where appropriate.

      /s/ *Kathleen M. Stehling*
Kathleen M. Stehling, Paralegal
Brownstein Hyatt Farber Schreck, LLP
675 Fifteenth Street, Suite 2900
Denver, CO 80202
Phone: 303-223-1100