United States District Court
Southern District of Texas
**ENTERED**
August 01, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| ACA International and Specialized Collection Systems, Inc., § § § Plaintiffs, § § v. § Consumer Financial Protection Bureau, et al., § § Defendants. § | Civil Action No. H-25-0094 |

## ORDER OF DISMISSAL

On August 1, 2025, Plaintiffs, ACA International and Specialized Collection Systems, Inc., filed a Notice of Voluntary Dismissal Without Prejudice (docket no. 42) stipulating to the voluntary dismissal of this action against Defendants, Consumer Financial Protection Bureau, Rohit Chopra in his official capacity as Acting Director of the Bureau, and Russell Vought in his official capacity as Acting Director of the Bureau, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this Court accepts the Notice for voluntary dismissal and this action is hereby **DISMISSED WITHOUT PREJUDICE** against refiling the same.

Each party will bear its own costs.

**SIGNED** at Houston, Texas, on this 1st day of August, 2025.

---
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE